| PROB 22 (TXN 10/05) | | CASE NUMBER (TRANS. COURT) 4:02-CR-105-Y(01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CASE NUMBER (REC. COURT) CR07-00311 SBA |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marvin Wayne Fullwood | Northern District of Texas | Ft Worth |
| | NAME OF SENTENCING JUDGE Terry R. Means | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/12/2007 | TO 01/11/2012 |

FILED
MAY 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE**
21 USC 846 & 841(b)(1)(B) - Attempt to Possess With Intent to Distribute More Than 500 Grams of Cocaine, a Class B felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF TEXAS**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District Of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-11-07                                          /s/ Terry R. Means
Date                                              U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 16 2007                                      /s/
Effective Date                                    U.S. District Judge