ORIGINAL

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

*Karen Mitchell,*
*Clerk of Court*

*501 West 10th Street Room 310*
*Fort Worth, TX 76102-3673*

June 1, 2007

**FILED**

**JUN - 4 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Clerk's Office

Ronald V. Dellums Federal Building

Suite 400S

1301 Clay Street

Oakland, CA 94612-5217

CR-07-311-SBA

SUBJECT:  USA Vs Marvin W. Fullwood          NDTX # 4:02-CR-105-Y(01)

Dear Clerk;

        Pursuant to the Transfer of Jurisdiction of the above named defendant, **Marvin W. Fullwood** to the
**Northern District of California,** please find the enclosed certified copies of the transfer of jurisdiction
order, indictment/Information, judgment, and docket report.

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in
the envelope also provided.

                                    Sincerely,
                                    KAREN MITCHELL
                                    *Clerk of Court*

BY:_____

                                    Deputy Clerk

Enclosures:

cc:      US Probation

            US Attorney's Office

PROB 22
(TXN 10/05)

CASE NUMBER (TRANS. COURT)
4:02-CR-105-Y(01)

# TRANSFER OF JURISDICTION

0971

CASE NUMBER (REC. COURT)
4:07CR00311-001 SBA

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Marvin Wayne Fullwood | Northern District of Texas | Ft Worth |

NAME OF SENTENCING JUDGE
Terry R. Means

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 01/12/2007 | 01/11/2012 |

OFFENSE
21 USC 846 & 841(b)(1)(B) - Attempt to Possess With Intent to Distribute More Than 500 Grams of Cocaine, a Class B felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

### U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF TEXAS**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District Of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-11-07
Date

Terry R. Means
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN – 1 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## PART 2 - ORDER ACCEPTING JURISDICTION

### U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Certified a true copy of an instrument on file in my office on June 1, 07
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

MAY 1 6 2007
Effective Date

U.S. District Judge

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 3

CLERK, U.S. DISTRICT COURT
By _____

# United States District Court

## NORTHERN DISTRICT OF TEXAS
### Fort Worth Division

UNITED STATES OF AMERICA

v.

MARVIN WAYNE FULLWOOD

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 4:02-CR-105-Y (1)
Renee Harris, Assistant U.S. Attorney
Chris Curtis, Attorney for Defendant

On August 21, 2002, the defendant, Marvin Wayne Fullwood, entered a plea of guilty to count 1 of the one-count Indictment filed on June 12, 2002. Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 846 & 841(b)(1)(B) | Attempt to Possess With Intent to Distribute More Than 500 Grams of Cocaine, a Class B Felony | May 15, 2002 | I |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant pay a special assessment of $100 for count 1 of the one-count Indictment, which shall be due immediately.

It is further ordered that the defendant notify the United States Attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Mailing Address:
4701 Brian Drive
Killeen, Texas

Defendant's Residence Address:
same

December 2, 2002
Date of Imposition of Sentence

*Terry R. Means*

TERRY R. MEANS
U.S. DISTRICT JUDGE

SIGNED December 3 , 2002

Certified a true copy of an instrument
on file in my office on 4/1/03
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

3|

Certified a true copy of an instrument
on file in my office on _____
Clerk, U.S. District Court,
Northern District of Texas 2
By _____ Deputy

Judgment in a Criminal Case
Case 4:02-cr-00311-SBA   Document 2   Filed 06/04/2007   Page 4 of 14
Defendant:   Marvin Wayne F   od                                       Judgment -- Page 2 of 3
Case Number:   4:02-CR-105-Y (1)

# IMPRISONMENT

The defendant, Marvin Wayne Fullwood, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 57 months on count 1 of the one-count Indictment.

The defendant is remanded to the custody of the United States Marshal.

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years on count 1 of the one-count Indictment.

While on supervised release, in compliance with the standard conditions of supervision adopted by this Court, the defendant shall:

( 1)   not leave the judicial district without the permission of the Court or probation officer;

( 2)   report to the probation officer as directed by the Court or probation officer and submit a truthful and complete written report within the first five (5) days of each month;

( 3)   answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

( 4)   support the defendant's dependents and meet other family responsibilities;

( 5)   work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

( 6)   notify the probation officer within seventy-two (72) hours of any change in residence or employment;

( 7)   refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

( 8)   not frequent places where controlled substances are illegally sold, used, distributed, or administered;

( 9)   not associate with any persons engaged in criminal activity and  not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10)   permit a probation officer to visit the defendant at any time at home or elsewhere and  permit confiscation of any contraband observed in plain view by the probation officer;

(11)   notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

(12)   not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and

(13)   notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement, as directed by the probation officer.

In addition the defendant shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons;

pay any remaining balance of the fine in the amount of $5,000 as set out below;

refrain from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule;

provide to the U.S. Probation Officer any requested financial information; and

refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

## FINE/RESTITUTION

The defendant is ordered to pay a fine of $5,000 through the office of the U.S. District Clerk, 501 West 10th Street, Room 310, Fort Worth, Texas 75102. This amount is the total of the fine imposed on count 1 of the one -count Indictment. The Court has determined that the defendant does not have the ability to pay interest; therefore, the interest requirement is waived pursuant to 18 U.S.C. § 3612(f)(3). If, upon commencement of the term of supervised release, any part of the fine ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $100 per month. The first such payment shall be made no later than 60 days after the defendant's release from confinement and another payment shall be made on the same day of each month thereafter until the fine is paid in full.

Restitution is not ordered because there is no victim other than society at large.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at_____ , with a certified copy of this judgment.

_____

United States Marshal

BY _____

Deputy Marshal

74

**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 12 2002

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. |
| | § | |
| MARVIN WAYNE FULLWOOD | § | |

**4 0 2 C R   0 1 0 5 Y**

**INDICTMENT**

The Grand Jury Charges:

**COUNT 1**

On or about May 15, 2002, in the Fort Worth Division of the Northern District of Texas, defendant **MARVIN WAYNE FULLWOOD**, knowingly and intentionally attempted to possess with the intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

A violation of Title 21, United States Code, Sections 846 and 841 (a)(1), the penalty for which can be found at Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL:

_____
Foreperson

JANE J. BOYLE
UNITED STATES ATTORNEY

_____
RENÉE E. HARRIS
Assistant United States Attorney
State Bar No. 09088200
801 Cherry St., Unit 4
Burnett Plaza, Suite 1700
Fort Worth, Texas
(817) 252-5200

Certified a true copy of an instrument
on file in my office on June 1 07
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

Criminal No.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

**MARVIN WAYNE FULLWOOD**          40 2UK  0105Y

INDICTMENT

21 U.S.C. §§ 841(a)(1)
ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1 COUNT)

A True bill,

_____          _____
                                                          Foreman

FORT WORTH

Filed in open court this 12th day of June, A.D. 2002

_____ Clerk

_____
UNITED STATES MAGISTRATE JUDGE

Complaint No. 4:02-090-MJ

CLOSED

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:02-cr-00105 All Defendants
### Internal Use Only

Case title: USA v. Fullwood
Magistrate judge case number: 4:02-mj-00090

Date Filed: 06/12/2002
Date Terminated: 12/03/2002

Assigned to: Judge Terry R Means

Appeals court case number: 02-11365

**Defendant**

**Marvin Wayne Fullwood** (1)
*TERMINATED: 12/03/2002*

represented by **Christopher A Curtis**
Federal Public Defender - Fort Worth
819 Taylor St
Room 9A10
Fort Worth, TX 76102
817/978-2753
Fax: 817/978-2757 FAX
Email: chris_curtis@fd.org
*TERMINATED: 12/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

21:841(a)(1) CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE
(1)

**Disposition**

Pled guilty-committed to BOP 57
months

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

**Disposition**

Certified a true copy of an instrument
on file in my office on _____
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

None

## Complaints                                    ## Disposition

None

---

## Plaintiff

**USA**
*TERMINATED: 12/03/2002*

represented by **Renee Harris Toliver**
US Attorney's Office
801 Cherry St Unit 4
Suite 1700
Fort Worth, TX 76102-6882
817/252-5200
Fax: 817/978-6381 FAX
Email: renee.harris-toliver@usdoj.gov
*TERMINATED: 12/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2002 | 1 | COMPLAINT as to Marvin Wayne Fullwood (2) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | | (Court only) **Added Government Attorney Renee E Harris [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | 2 | Minute entry as to Marvin Wayne Fullwood : ; Held before Magistrate Judge Charles Bleil Court Reporter: Tape #4877 Deft, AUSA Harris & FPD Curtis present for initial appearance...Deft arrested 5/16/02...Deft requests appointed counsel...Financial Affidavit executed...Order Appointing Public Defender entered...Detention Hearing set 5/20/02 @9:00 a.m...Order of Temporary Detention Pending Hearing entered...Deft remanded to custody. (1) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | | ARREST of Marvin Wayne Fullwood [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | | Initial appearance as to Marvin Wayne Fullwood held (Defendant informed of rights.) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | | APPEARANCE Through Counsel by Marvin Wayne Fullwood [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | 3 | ORDER fixing dates as to Marvin Wayne Fullwood Preliminary Examination set for 9:00 5/20/02 for Marvin Wayne Fullwood ; Detention Hearing set for 9:00 5/20/02 for Marvin Wayne Fullwood cc: all Page(s): 1 |

| | | ( Signed by Magistrate Judge Charles Bleil ) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
|---|---|---|
| 05/16/2002 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Marvin Wayne Fullwood (1) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | 5 | ORDER Appointing Federal Public Defender for Marvin Wayne Fullwood Christopher A Curtis cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | 6 | ORDER OF Temporary Pending Hearing DETENTION as to Marvin Wayne Fullwood cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/16/2002 | 7 | MOTION by USA as to Marvin Wayne Fullwood for Pretrial detention (2) [ 4:02-m -90 ] (geb) (Entered: 05/17/2002) |
| 05/20/2002 | 8 | Minute entry as to Marvin Wayne Fullwood : ; Held before Magistrate Judge Charles Bleil Court Reporter: Tape 4877 (PRELIMINARY HEARING AND DETENTION HEARING); AUSA Harris and FPD Chris Curtis present; deft appeared w/cnsl; govt witness DEA TFO John Harris testified; deft's witnesses Natalie Diggs and Connie Diggs testified. [ 4:02-m -90 ] (wrb) (Entered: 05/21/2002) |
| 05/20/2002 | | Preliminary Examination as to Marvin Wayne Fullwood held [ 4:02-m -90 ] (wrb) (Entered: 05/21/2002) |
| 05/20/2002 | | Detention hearing as to Marvin Wayne Fullwood held [ 4:02-m -90 ] (wrb) (Entered: 05/21/2002) |
| 05/20/2002 | 9 | ORDER Setting Conditions of Release as to Marvin Wayne Fullwood (Motion termed: [7-1] motion for Pretrial detention ) as to Marvin Wayne Fullwood (1) ; ORDER setting BOND; Bond set to PR for Marvin Wayne Fullwood. cc: all Page(s): 3 ( Signed by Magistrate Judge Charles Bleil ) [ 4:02-m -90 ] (wrb) (Entered: 05/21/2002) |
| 05/20/2002 | | (Court only) **Location LR as to Marvin Wayne Fullwood [ 4:02-m -90 ] (wrb) (Entered: 05/21/2002) |
| 06/12/2002 | | (Court only) **Added Government Attorney Renee E Harris (mjw) (Entered: 06/13/2002) |
| 06/12/2002 | 10 | INDICTMENT as to Marvin Wayne Fullwood (1) count(s) 1 (2pg) (mjw) (Entered: 06/13/2002) |
| 06/14/2002 | 11 | ORDER as to Marvin Wayne Fullwood set Arraignment for 9:00 6/19/02 for Marvin Wayne Fullwood cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 06/14/2002) |
| 06/19/2002 | 12 | Minute entry as to Marvin Wayne Fullwood : ; Held before Magistrate Judge Charles Bleil Court Reporter: Ana Warren Deft, AUSA Harris & FPD Curtis present for arraignment...Deft pleads "Not Guilty"...Trial set 8/26/02 @1:30 p.m...Deft continued on current bond. (1) (geb) (Entered: |

| | | 06/19/2002) |
|---|---|---|
| 06/19/2002 | | Arraignment as to Marvin Wayne Fullwood held (geb) (Entered: 06/19/2002) |
| 06/19/2002 | | PLEA of Not Guilty by Marvin Wayne Fullwood (1) count(s) 1 ; Court accepts plea. (geb) (Entered: 06/19/2002) |
| 06/19/2002 | | Jury trial as to Marvin Wayne Fullwood set at 1:30 8/26/02 for Marvin Wayne Fullwood (geb) (Entered: 06/19/2002) |
| 06/20/2002 | 13 | SCHEDULING ORDER FOR CRIMINAL TRIAL AND PRETRIAL ORDER as to Marvin Wayne Fullwood setting Jury Trial for 1:30 8/26/02 for Marvin Wayne Fullwood ; Pretrial Materials 4:30 8/1/02 cc: all Page(s): 11 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 06/20/2002) |
| 08/08/2002 | 14 | PRETRIAL SCHEDULING ORDER as to Marvin Wayne Fullwood setting Status/Pretrial Conference for 2:00 8/12/02 for Marvin Wayne Fullwood ; cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (geb) (Entered: 08/08/2002) |
| 08/08/2002 | 15 | ORDER as to Marvin Wayne Fullwood Rearraignment set for 9:00 8/21/02 for Marvin Wayne Fullwood cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (geb) (Entered: 08/08/2002) |
| 08/21/2002 | 16 | Minute entry as to Marvin Wayne Fullwood : ; Held before Magistrate Judge Charles Bleil Court Reporter: Ana Warren Deft, AUSA Harris & FPD Curtis present for rearraignment...Deft pleads "Guilty" to Ct 1...Factual Resume filed...Sentencing set 11/18/02 @10:30 a.m..Deft continued on current bond. (1) (geb) (Entered: 08/21/2002) |
| 08/21/2002 | | Rearraignment HELD; PLEA OF GUILTY by Marvin Wayne Fullwood (1) count(s) 1 ;Dft(s) informed of rights; Court Accepts Plea; (geb) (Entered: 08/21/2002) |
| 08/21/2002 | 17 | Consent to Administration of Guilty Plea and Fed. R. Crim P. 11 Allocution by United States Magistrate Judge/ORDER as to Marvin Wayne Fullwood cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 08/21/2002) |
| 08/21/2002 | 18 | Factual Resume as to Marvin Wayne Fullwood (4) (geb) (Entered: 08/21/2002) |
| 08/21/2002 | 19 | Report of Action and Recommendation on Plea before the United States Magistrate Judge/ ORDER as to Marvin Wayne Fullwood cc: all Page(s): 2 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 08/21/2002) |
| 08/22/2002 | 20 | SCHEDULING ORDER FOR SENTENCING (GUIDELINES SENTENCING) as to Marvin Wayne Fullwood PSI due by noon on 4:30 9/25/02 for Marvin Wayne Fullwood ; Objections to PSI due by noon on 4:30 10/9/02 for Marvin Wayne Fullwood ; PSI Addendum due by 4:30 10/23/02 for Marvin Wayne Fullwood ; Sentencing set for 10:30 11/18/02 |

| | | for Marvin Wayne Fullwood ; cc: all Page(s): 5 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 08/23/2002) |
|---|---|---|
| 10/30/2002 | 21 | MOTION by Marvin Wayne Fullwood for Downward Departure (2) (pdm) (Entered: 10/31/2002) |
| 11/06/2002 | 22 | RESPONSE by USA as to Marvin Wayne Fullwood re [21-1] motion for Downward Departure (9pg) (wrb) (Entered: 11/06/2002) |
| 11/15/2002 | 23 | Unopposed MOTION by Marvin Wayne Fullwood for continuance of sentencing hearing (2pg) (wrb) (Entered: 11/18/2002) |
| 11/18/2002 | 24 | ORDER as to Marvin Wayne Fullwood granting [23-1] motion for continuance of sentencing hearing as to Marvin Wayne Fullwood (1) reset Sentencing for 10:30 11/25/02 for Marvin Wayne Fullwood cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 11/18/2002) |
| 11/19/2002 | 25 | Unopposed Second Motion by Marvin Wayne Fullwood for continuance of sentencing hearing (2pg) (wrb) (Entered: 11/19/2002) |
| 11/20/2002 | 26 | ORDER as to Marvin Wayne Fullwood granting [25-1] motion for continuance of sentencing hearing as to Marvin Wayne Fullwood (1) reset Sentencing for 9:30 12/2/02 for Marvin Wayne Fullwood cc: 11/21/02 Page(s): 1 ( Signed by Judge Terry R. Means ) (dld) (Entered: 11/21/2002) |
| 11/21/2002 | 27 | RESPONSE by USA as to Marvin Wayne Fullwood re [25-1] motion for continuance of sentencing hearing (2 pg) (dld) (Entered: 11/21/2002) |
| 12/02/2002 | 28 | Minute entry as to Marvin Wayne Fullwood : ; Held before Judge Terry R. Means Court Reporter: Janet Wright SENTENCING; AUSA Harris and FPD Curtis present; deft committed to BOP 57 months; $5000 fine; SR 5 yrs; defts ext 1 returned; clarifications to PSI made; deft remanded. (wrb) (Entered: 12/03/2002) |
| 12/02/2002 | | Sentencing held Marvin Wayne Fullwood (1) count(s) 1 (wrb) (Entered: 12/03/2002) |
| 12/02/2002 | 29 | Receipt Into Custody of Clerk of Exhibits -signed by Curtis, atty for deft for exh. #1 (wrb) (Entered: 12/03/2002) |
| 12/02/2002 | 30 | NOTICE of Right to Appeal Sentence Imposed After Plea of Guilty as to Marvin Wayne Fullwood (1pg) (wrb) (Entered: 12/03/2002) |
| 12/02/2002 | 32 | TRANSCRIPT filed in case as to Marvin Wayne Fullwood for Preliminary and detention hearing held May 20, 2002 (38 pg) (dld) (Entered: 12/05/2002) |
| 12/03/2002 | 31 | JUDGMENT Marvin Wayne Fullwood (1) count(s) 1. Pled guilty-committed to BOP 57 months; MSA $100; deft remanded; SR 5 yrs; $5000 fine payable to Clerk but with no interest at rate of at least $100 per month; no restitution. ( Signed by Judge Terry R. Means ) (wrb) (Entered: 12/04/2002) |

| 12/03/2002 | | (Court only) **Termination of party Marvin Wayne Fullwood, party USA pending deadlines and pending motions as to Marvin Wayne Fullwood (Motion termed: [21-1] motion for Downward Departure ) as to Marvin Wayne Fullwood (1) (wrb) (Entered: 12/04/2002) |
|---|---|---|
| 12/03/2002 | | (Court only) **Case closed as to all defendants: Marvin Wayne Fullwood (wrb) (Entered: 12/04/2002) |
| 12/04/2002 | | (Court only) **Address labels only (wrb) (Entered: 12/04/2002) |
| 12/10/2002 | 33 | NOTICE OF APPEAL by Marvin Wayne Fullwood (1) count(s) 1 filed by FPD Christopher Curtis, No Fee FPD appointed 5/16/02, TO given, Hrg/trl held; CR Ana Warren, Janet Wright. Copy to Judge, AUSA, USM, PT, Prob. (2 pgs) (csw) (Entered: 12/11/2002) |
| 12/11/2002 | | Notice of appeal and certified copy of docket as to Marvin Wayne Fullwood to USCA: [33-1] appeal along with a transmittal letter. (csw) (Entered: 12/11/2002) |
| 12/11/2002 | 34 | Transcript requested in appeal as to Marvin Wayne Fullwood [33-1] appeal...Sentencing 12/12/02; CR Janet Wright. (1 pg) Transcript due 1/10/03 for Marvin Wayne Fullwood (csw) (Entered: 12/12/2002) |
| 12/11/2002 | 35 | Transcript requested in appeal as to Marvin Wayne Fullwood [33-1] appeal...Rearraignment 8/21/02; CR Ana Warren. (1 pg) Transcript due 1/10/03 for Marvin Wayne Fullwood (csw) (Entered: 12/12/2002) |
| 12/23/2002 | | USCA Case Number as to Marvin Wayne Fullwood Re: [33-1] appeal USCA NUMBER: 02-11365 (csw) (Entered: 12/23/2002) |
| 01/27/2003 | | Received letter from USCA Re: acknowledgment of transcript order from court reporter Janet Wright; 30 days from 12/31/02 to file transcript (dld) (Entered: 01/27/2003) |
| 02/05/2003 | 36 | TRANSCRIPT filed as to Marvin Wayne Fullwood Re: [33-1] appeal Rearraignment Hearing for dates of 08/21/02; CR Ana Warren. (54 pgs) Appeal record due on 2/20/03 for Marvin Wayne Fullwood (csw) (Entered: 02/05/2003) |
| 03/24/2003 | ❶ | Received letter from USCA5 re: #02-11365; 60 day transcript discount period expired on 3/3/03 and transcript has not been filed. The court reporter must discount the CJA24 voucher by 10%. If not filed by 4/2/03, a 20% discount must be taken. (csw, ) (Entered: 03/25/2003) |
| 05/20/2003 | ❶ | Received letter from US Court of Appeals re: Janet Wright #02-11365...20% discount date implemented on the transcript because investigation reflects the transcript has not been filed. Please either file the transcript immediately or provide a written explanation detailing its delinquency. See letter for specifics. (csw, ) (Entered: 05/20/2003) |
| 06/02/2003 | ❶37 | TRANSCRIPT (Sentencing) filed as to Marvin Wayne Fullwood for dates of Dec 2 2002 before Judge Terry Means, re [33] Notice of Appeal - Final Judgment. Court Reporter: Janet Wright. 1 vol (wrb, ) (Entered: |

| | | |
|---|---|---|
| | | 06/04/2003) |
| 06/17/2003 | ❶ | Certified and Transmitted Record on Appeal as to Marvin Wayne Fullwood to US Court of Appeals re [33] Notice of Appeal - Final Judgment re: USCA #02-11365 consisting of 1 volume case papers which includes a cert cy of docket entries, 3 transcripts labeled #32, #36, #37, 1 copy PSI under seal; along with a transmittal letter. (csw, ) (Entered: 06/17/2003) |
| 08/21/2003 | ❶ | Appeal Record Returned as to Marvin Wayne Fullwood : [33] Notice of Appeal - Final Judgment #02-11365 consisting of 1 volume case papers, 3 transcripts #32,36,37, 1 copy PSI under seal (destroyed) (csw, ) (Entered: 08/21/2003) |
| 08/22/2003 | ❶38 | Appellant's Motion to Withdraw Appeal and JUDGMENT of USCA (certified copy) #02-11365 as to Marvin Wayne Fullwood re [33] Notice of Appeal - Final Judgment...pursuant to appellant's motion this appeal is dismissed this 18th day of August, 2003, see FED.R.APP.P.42(b) (csw, ) (Entered: 08/22/2003) |
| 08/22/2003 | | (Court only) ***Appeal Terminated as to Marvin Wayne Fullwood re [33] Notice of Appeal - Final Judgment filed by Marvin Wayne Fullwood per USCA Judgment (csw, ) (Entered: 08/22/2003) |
| 06/01/2007 | ❶39 | TRANSFER OF JURISDICTION as to Marvin Wayne Fullwood: This court expressly consents that the period of probation/supervised release be changed to the ND of California Case # 4-07-cr-311-001 SBA, which this transfer is made without further inquiry of this court. (Signed by Judge Terry R Means on 5/11/07) (jmb) (Entered: 06/01/2007) |