1
2            UNITED STATES DISTRICT COURT
3         FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                  OAKLAND DIVISION
5

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARVIN WAYNE FULLWOOD,<br><br>        Defendant. | Case No:  CR 07-00311 SBA<br><br>**ORDER** |

    On May 17, 2007, the U.S. District Court for the Northern District of Texas transferred jurisdiction over Defendant, who is on supervised release, to this Court.  On August 19, 2010, Defendant filed a Motion for Modification of Conditions of Supervised Release, asking that the Court "terminate the remainder of supervised release." (Docket No. 5, "Defendant's Motion.") Accordingly,

    IT IS HEREBY ORDERED THAT Plaintiff shall consult with the U.S. Probation Officer assigned to this matter regarding Defendant's Motion; by September 29, 2010, Plaintiff shall file with this Court a response to Defendant's Motion, indicating the position of both Plaintiff and the U.S. Probation Officer with respect to Defendant's motion.

    IT IS SO ORDERED.

Dated: September 15, 2010

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge