UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN WAYNE FULLWOOD,<br><br>Defendant. | Case No:  CR 07-00311 SBA<br><br>**ORDER** |

On May 17, 2007, the U.S. District Court for the Northern District of Texas transferred jurisdiction over Defendant, who is on supervised release, to this Court.  On August 19, 2010, Defendant filed a Motion for Modification of Conditions of Supervised Release, asking that the Court "terminate the remainder of supervised release."  Dkt. 5 ("Defendant's Motion").  On September 21, 2010, the Court ordered that Plaintiff shall consult with the U.S. Probation Officer assigned to this matter regarding Defendant's Motion, and, by September 29, 2010, Plaintiff shall file with the Court a response to Defendant's Motion, indicating the positions of both Plaintiff and the U.S. Probation Officer with respect to Defendant's motion.  Dkt. 6.

On September 21, 2010, Plaintiff filed with the Court a brief response, stating simply that "[t]he government is not aware of anything that would make early termination especially inappropriate for this defendant.  It is the position of both the Probation Office and the United States, however, that in most cases the original term of supervised release should be honored."  Dkt. 7.  Such a vague and nonresponsive submission fails to provide the Court with any information as to the circumstances of this Defendant or the merits of his motion.  Accordingly,

IT IS HEREBY ORDERED THAT, by **October 22, 2010**, Plaintiff shall file an amended response to Defendant's motion, which, with particularity, addresses the merits of Defendant's motion, sets forth the specific positions of both Plaintiff and the U.S. Probation

1 | Officer with respect to Defendant's motion, and provides a meaningful recommendation as to
2 | resolution of the motion.
3 |     IT IS SO ORDERED.
4 | Dated: October 12, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge